## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

—————————————————————x
)
JESSICA FINK, on behalf of herself and all ) Civil Action No. 08-CIV-9628(AKH)
others similarly situated, )
)
)
Plaintiff, ) **NOTICE OF STIPULATED**
) **VOLUNTARY DISMISSAL**
vs. ) **WITHOUT PREJUDICE AND**
) **TOLLING OF STATUTE OF**
TIME WARNER INC. and TIME WARNER ) **LIMITATIONS**
CABLE, )
)
Defendants. )
)
—————————————————————x

Plaintiff Jessica Fink ("Plaintiff"), on the one hand, and defendants Time Warner

Inc. and Time Warner Cable, Inc. ("Defendants"), on the other hand, by and through their

respective undersigned counsel, hereby stipulate and agree as follows:

1.      Plaintiff, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil

Procedure, hereby voluntarily dismisses Time Warner Inc. from the above-captioned

action (the "Action") without prejudice and with each party to bear its own costs.

2.      The filing of this Notice of Stipulated Voluntary Dismissal Without

Prejudice and Tolling of Statute of Limitations tolls any statute of limitations applicable

to this action with respect to Time Warner Inc. such that, if the complaint in this Action is

amended to add Time Warner Inc. back as a defendant, such complaint will relate back to

November 7, 2008.

Dated: January 21, 2009

Respectfully submitted,

MILBERG LLP                                    CAHILL GORDON & REINDEL LLP

By: _Peter E. Seidman / JEK_____            By: _Jonathan D. K._____
      Peter E. Seidman                             Jonathan D. Thier
      Joshua E. Keller                              Joel Kurtzberg
One Pennsylvania Plaza                          Eighty Pine Street
New York, NY 10119                              New York, NY 10005
Tel: (212) 594-5300                             Tel:   (212) 701-3000
Fax: (212) 868-1229                             Fax:   (212) 701-5420
pseidman@milberg.com                            jthier@Cahill.com
jkeller@milberg.com                             jkurtzberg@Cahill.com

        - and -                    *Attorneys for the Defendants*

REESE RICHMAN LLP

Michael R. Reese
Kim E. Richman
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Tel: (212) 579-4625
Fax: (212) 572-4272
michael@reeserichman.com
kim@reeserichman.com

*Attorneys for the Plaintiff*

2