UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA FINK,

        Plaintiff,

   v.

TIME WARNER CABLE,

        Defendants.

           USDC SDNY
           DOCUMENT
           ELECTRONICALLY FILED
           DOC #: _____
           DATE FILED: APR 1 5 2009

Case No.
08 CIV 9628 (AKH)

+ORDER

**NOTICE OF WITHDRAWAL OF
TIME WARNER NY CABLE LLC'S MOTION TO
COMPEL ARBITRATION AND/OR STAY PROCEEDINGS**

    PLEASE TAKE NOTICE THAT defendant Time Warner NY Cable LLC hereby withdraws its Motion (the "Motion") to Compel Arbitration and/or Stay Proceedings.

    PLEASE TAKE FURTHER NOTICE that the Motion was electronically filed with the Clerk oft he United States District Court for the Southern District ofN ew York (the "Court") on January 23, 2009, and is referenced as document number 6 on the Court's electronic filing docket.

    PLEASE TAKE FURTHER NOTICE that, as of the date hereof, no hearing to consider the relief requested in the Motion had been scheduled by the Court.

Dated: New York, New York
February 13, 2009

>Respectfully submitted,
>
>/s/ Jonathan D. Thier
>Jonathan D. Thier (JT-1013)
>Joel Kurtzberg (JK-1552)
>Y. Aryeh Haselkorn (YH-2000)
>Cahill Gordon & Reindel LLP
>80 Pine Street
>New York, New York 10005
>(212) 701-3000
>
>*Attorneys for Defendant Time Warner NY Cable LLC*

The Clerk of Court is respectfully requested to terminate Docket Entry No. 6

SO ORDERED.

NEW YORK, NY

LAURA TAYLOR SWAIN
April 15, 2009  UNITED STATES DISTRICT JUDGE