**MANDATE**

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

USDC-SDNY
1:08-cv-09628-LTS

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of May, two thousand and thirteen.

Before:  JOSÉ A. CABRANES,
         DENNY CHIN,
         SUSAN L. CARNEY,
              *Circuit Judges.*

_____

Jessica Fink, on behalf of herself and all others similarly situated,
Brett Noia, on behalf of himself and all others similarly situated,

    Plaintiffs-Appellants,

v.

Time Warner Cable,

    Defendant-Appellee,

Time Warner, Inc.,

    Defendant.

_____

**JUDGMENT**

Docket No. 12-0299

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 30, 2013

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.  Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/30/2013